# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL DAHLKE,<br><br>Defendant. | 4:12CR3058<br><br>**MEMORANDUM AND ORDER** |

Counsel have moved to continue defendant's change of plea hearing. (Filing No. 32). As explained, the parties need additional time to complete plea discussions. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The joint oral motion to continue, (filing no. 32), is granted.

2) The defendant's plea hearing will be held before the undersigned magistrate judge on September 18, 2012 at 2:00 p.m. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 18, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

August 23, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge