IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3058 |
| vs. | |
| CRYSTAL DAHLKE, | **ORDER APPOINTING COUNSEL** |
| Defendant. | |

　　　IT IS ORDERED that John Berry, Jr. is appointed as attorney of record for the above-named defendant in this matter and shall promptly file an appearance in this matter.

　　　IT IS FURTHER ORDERED that the Federal Public Defender for the District of Nebraska shall promptly provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

　　　IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and the defendant's counsel.

　　　Dated this 19th day of February, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge