IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:12CR3058** |
| vs. | |
| CRYSTAL DAHLKE, | **RELEASE ORDER** |
| Defendant. | |

IT IS ORDERED:

1)      Defendant's oral motion for release is granted.

2)      Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at The Bridge, Hastings, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of The Bridge facility.  If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer.  In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)      The defendant shall arrive at The Bridge by 8:00 a.m. on July 27, 2021. Defense counsel shall communicate with the Marshal to arrange for Defendant's release to Johanna Osholo at 7:00 a.m. on July 27, 2021 for transport to The Bridge.

4       The defendant shall appear at her revocation hearing scheduled for October 22, 2021 at  10:30 a.m.  before the Honorable John M. Gerrard, in

Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

July 26, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge